UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>LADEL BAPTISTE HARRISON,<br><br>    Defendant. | NO. CR-03-0016-RHW<br><br>**ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION** |

Before the Court is Defendant's Motion for Reconsideration (ECF No. 221). The Court finds that the motion reiterates the arguments and evidence advanced in his Motion for Disclosure of Grand Jury Transcripts (ECF No. 211), and thus fails to present any new evidence, identify a change in controlling law, or identify any clear error in this Court's entry of judgment. As such, Defendant's motion fails to satisfy any of the factors necessary for reconsideration as set forth in the case law. *See Nunes v. Ashcroft,* 375 F.3d 805, 808 (9th Cir. 2004).

Accordingly, **IT IS HEREBY ORDERED:**

1. Defendant's Motion for Reconsideration (ECF No. 221) is **DENIED**.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and to furnish a copy to counsel and Defendant.

**DATED** this 28th day of September, 2011.

          *s/Robert H. Whaley*
          ROBERT H. WHALEY
          United States District Judge

Q:\aCRIMINAL\2003\Harrison, Ladel (MTS, ACCA)\reconsider (gj trans).ord.wpd

**ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION \* 1**