# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>LADEL BAPTISTE HARRISON,<br><br>    Defendant. | NO. CR-03-0016-RHW<br><br>**ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION** |

Before the Court is Defendant's Motion to Alter Judgment, which the Court will construe to be a motion for reconsideration under Rule 59. (ECF No. 236). The motion fails to present any new evidence, identify a change in controlling law, or identify any clear error in this Court's order. As such, Defendant's motion fails to satisfy any of the factors necessary for reconsideration as set forth in the case law. *See* Nunes v. Ashcroft, 375 F.3d 805, 808 (9th Cir. 2004).

Accordingly, **IT IS HEREBY ORDERED:**

1. Defendant's Motion for Reconsideration (ECF No. 236) is **DENIED**.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and to furnish a copy to counsel and Defendant.

**DATED** this 20th day of October, 2011.

*s/Robert H. Whaley*
ROBERT H. WHALEY
United States District Judge

Q:\aCRIMINAL\2003\Harrison, Ladel (MTS, ACCA)\reconsider (COA).ord.wpd

**ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION * 1**